> Motion GRANTED.
> Extension to 9/24/14.
>
> *[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KENNETH GADDIE | ) | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S LETTER

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests an extension to respond to the defendant's *pro se* letter (D.E. 2067) pending before the Court.

In support of this motion, the undersigned submits the government is in the process of responding to said letter but needs brief additional time to complete this process. Therefore, the undersigned requests an extension of one week to file a response to defendant's *pro se* letter regarding sentencing credit pending before the Court.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Scarlett S. Nokes*
SCARLETT S. NOKES
Assistant U. S. Attorneys
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151